IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOCELYN SPRIGGS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:13CV00394 SWW |
| | * | |
| HOSTO & BUCHAN PLLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed with prejudice.

DATED this 21st day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE